# RETURN OF SERVICE

CASE#: 2:26-CV-552
UNITED STATES DISTRICT COURT
DISTRICT OF UTAH
CENTRAL DIVISION

PROCESS:    SUMMONS and COMPLAINT
FOR COUNTS I-VII.,

BLUE BEST LLC,    v.    TRUE PROS, L.L.C., and KATHRYNE HIGGINS,

I, John E. Udy, being first duly sworn, deposes and says;
1. I am a resident of Salt Lake County, State of Utah, and citizen of the United States.
2. I am over the age of 18 years.
3. I am a disinterested third party, in the business of service of process, and not a party to this action.

I hereby certify and return; under criminal penalty of the State of Utah Judicial Code Sections 78B-18a-106 and 76-8-504, per Utah Code Section 78B-8-302(7)(c)., that the foregoing is true and correct.

I hereby certify and return that on, 06/16/2026, I received the attached SUMMONS and COMPLAINT FOR COUNTS I-VII., and Served a true & correct copy, as follows:

On, 06/16/2026 at 1826 Hrs., I served a copy of the SUMMONS and COMPLAINT FOR COUNTS I-VII., on TRUE PROS, L.L.C., the above named Defendant / Utah Business Entity, by serving upon, KATHRYNE HIGGINS ( THE REGISTERED AGENT and Sole Principal Member of LLC ), a person specifically designated and authorized to receive such process at HER place of RESIDENCE, and usual place of abode.

Address being:   1505 WEST 725 SOUTH, LAYTON, UTAH 84041.

Date of this Report / Executed this Day: _June 17, 2026_ JUN 17 2026. Subscribed and Declared upon Written Oath in the State of Utah, County of Salt Lake, in Substantial Compliance to the State of Utah Judicial Codes; Section 78B-8-302 and Section 78B-18a-101.

John E. Udy
Process Server, #R103145
4956 West 6200 South, #404, Kearns, Utah 84118.

Rush/Special FEE:    $ 25.00 (WAIVED)
SERVICE FEE:          $ 20.00
Email/Print FEE:      $ 16.00 {64 Pages @ 25¢ Per Page}
MILEAGE FEE:          $ 37.20 (1505 W. 725 S., Layton)
@ $1.50 per mile: Court of Issuance
Additional Trip FEE:  $ 38.85 (897 McCormick Way, Layton)
Additional Trip FEE:  $ 37.20 (1505 W. 725 S., Layton)
TOTAL DUE:            $ 149.25

DOCKET # 27409

**MAGLEBY CATAXINOS, PC**
JAMES E. MAGLEBY, #7247
141 W. PIERPONT AVENUE
SALT LAKE CITY, UTAH 84101    801-359-9000

**UDY'S PROCESS SERVICE**
4956 W. 6200 S., #404
KEARNS, UTAH 84118
801-706-9695

AO 440 (Rev. 06/12) Summons in a Civil Action

**JUN 1 6 2026**

# UNITED STATES DISTRICT COURT
### for the
### District of Utah

|  |  |
|---|---|
| BLUE BEST LLC, a Wyoming limited liability company, | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) |
| TRUE PROS, LLC, a Utah limited liability company; Kathryne Higgins, an individual, | ) ) ) ) ) |
| *Defendant(s)* | ) |

SERVICE OF PROCESS INFORMATION:
DATE **6-16-2026** TIME **1826**
OR **1505 W. 725 S. - Layton**
UPON **Kathryne Higgins - R.A.**
BY: JOHN UDY, LICENSE #R103145
4956 W. 6200 S. #404, KEARNS, UT 84118
CELL # 801-706-9695:

Civil Action No. 2:26-cv-552-DBB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  True Pros, LLC
897 McCormick Way #3
Layton, UT 84041
*Kathryne Higgins - R.A./Sole Member.*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James E. Magleby
Cody Winchester
MAGLEBY CATAXINOS, PC
141 W. Pierpont Avenue
Salt Lake City, UT 84101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Gary P Serdar
*CLERK OF COURT*

Date:   6/16/2026

_____
*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  2:26-cv-552

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **True Pros, L.L.C.**
was received by me on *(date)* **June 16, 2026**

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* **Kathryne Higgins** , who is
designated by law to accept service of process on behalf of *(name of organization)* **True Pros, L.L.C.**
as ~~the~~ **the Registered Agent** on *(date)* **June 16, 2026 @ 1826 Hours.**
**At Her Place of Residence, and usual place of Abode.**
☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* **Address of Service : 1505 W. 725 S., Layton, Utah 84041**

My fees are $ **113.25** for travel and $ **20.00** for services, **16.00 — Print** for a total of $ **149.25** .

I declare under penalty of perjury that this information is true.

Date: **June 17, 2026**

_____
Server's signature

**John E. Udy / Process Server**
Printed name and title    **# R103145**

**4956 west 6200 south #404**
Server's address
**Kearns, Utah 84118**
**801-706-9695**

Additional information regarding attempted service, etc:

**1- Trip to P.O.E. — $138.85**
**5 Trips to Home — Assessed to trips to Invoice — $37.20 ×2 = $74.40**

| Print | Save As... | Reset |