# RETURN OF SERVICE

CASE#: 2:26-CV-552
UNITED STATES DISTRICT COURT
DISTRICT OF UTAH
CENTRAL DIVISION

PROCESS:   SUMMONS and COMPLAINT
FOR COUNTS I-VII.,

BLUE BEST LLC,      v.      TRUE PROS, L.L.C., and KATHRYNE HIGGINS,

I, John E. Udy, being first duly sworn, deposes and says;
1.  I am a resident of Salt Lake County, State of Utah, and citizen of the United States.
2.  I am over the age of 18 years.
3.  I am a disinterested third party, in the business of service of process, and not a party to this action.

I hereby certify and return; under criminal penalty of the State of Utah Judicial Code Sections 78B-18a-106 and 76-8-504, per Utah Code Section 78B-8-302(7)(c)., that the foregoing is true and correct.

I hereby certify and return that on, 06/16/2026, I received the attached SUMMONS and COMPLAINT FOR COUNTS I-VII., and Served a true & correct copy, as follows:

On, 06/16/2026 at 1825 Hrs., I served a copy of the SUMMONS and COMPLAINT FOR COUNTS I-VII., on KATHRYNE HIGGINS, the above named Defendant / Individual: *also known as* Katy Higgins., by serving upon, KATHRYNE HIGGINS, *aka* Katy Higgins, personally at HER place of RESIDENCE, and usual place of abode.

Address being:   1505 WEST 725 SOUTH, LAYTON, UTAH 84041.

Date of this Report / Executed this Day: June 17, 2026       JUN 17 2026    . Subscribed and Declared upon Written Oath in the State of Utah, County of Salt Lake, in Substantial Compliance to the State of Utah Judicial Codes; Section 78B-8-302 and Section 78B-18a-101.

John E. Udy
Process Server, #R103445
4956 West 6200 South, #404, Kearns, Utah 84118.

Rush/Special FEE:      $ 25.00 (WAIVED)                         DOCKET # 27410
SERVICE FEE:            $ 20.00
Email/Print FEE:        $ 16.00 {64 Pages @ 25¢ Per Page}
MILEAGE FEE:            $ 37.20 (1505 W. 725 S., Layton)—WAIVED
@ $1.50 per mile:  Court of Issuance
Additional Trip FEE:    $ 38.85 (897 McCormick Way, Layton)—WAIVED
Additional Trip FEE:    $ 37.20 (1505 W. 725 S., Layton)—WAIVED
TOTAL DUE:              $ 36.00

**MAGLEBY CATAXINOS, PC**
JAMES E. MAGLEBY, #7247
141 W. PIERPONT AVENUE
SALT LAKE CITY, UTAH 84101   801-359-9000

**UDY'S PROCESS SERVICE**
4956 W. 6200 S., #404
KEARNS, UTAH 84118
801-706-9695

AO 440 (Rev. 06/12) Summons in a Civil Action

JUN 1 6 2026

# UNITED STATES DISTRICT COURT
### for the
District of Utah

BLUE BEST LLC, a Wyoming limited liability company,

_____
*Plaintiff(s)*

v.

TRUE PROS, LLC, a Utah limited liability company; Kathryne Higgins, an individual,

_____
*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)
)

SERVICE OF PROCESS INFORMATION:
DATE 6-16-2026 TIME 1825
B/R @ 1505 west 725 South - Layton
UPON person
BY: JOHN UDY, LICENSE #R103145
4956 W. 6200 S. #404, KEARNS, UT 84118
CELL # 801-706-9695

Civil Action No.   2:26-cv-552-DBB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Kathryne Higgins aka Katy Higgins
1505 West 725 South
Layton, UT 84041

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James E. Magleby
Cody Winchester
MAGLEBY CATAXINOS, PC
141 W. Pierpont Avenue
Salt Lake City, UT 84101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Gary P Serdar
*CLERK OF COURT*

Date:   6/16/2026   _____
_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:26-cv-552

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Kathryne Higgins

was received by me on *(date)* June 16, 2026.

☑ I personally served the summons on the individual at *(place)* 1505 West, 725 South, Layton, UTAH 84041    on *(date)* June 16, 2026 @ 1825 Hours.

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*


My fees are $ waived for travel and $ 16.⁰⁰ –Print 20.⁹⁹ for services, for a total of $ 36.⁹⁹

I declare under penalty of perjury that this information is true.

Date: June 17, 2026

_____
*Server's signature*

John E. Udy / Process Server #R103145

*Printed name and title*

4956 West 6200 South, #404
Kearns, UTAH 84118
801-706-9695

*Server's address*

Additional information regarding attempted service, etc:

Print    Save As...    Reset